IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD JAEGER,<br><br>        Plaintiff(s),<br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>        Defendant(s). | CASE NO.: 2:11-cv-01612-TJS |

## NCO FINANCIAL SYSTEMS, INC.'s RULE 7.1 CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes, NCO Financial Systems, Inc., which, pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1.  Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2.  NCO Financial Systems, Inc., a Pennsylvania corporation, and NCO Holdings, Inc., a Delaware corporation, are wholly owned by JDR Holdings, Inc., also a Delaware corporation. JDR Holdings, Inc. is wholly owned by Compass International Services Corporation, a Delaware corporation. All of the above-mentioned corporations are wholly owned by NCO Group, Inc, a Delaware corporation. One Equity Partners and

its corporate affiliates, which are affiliates of JP Morgan Chase & Co., own approximately 88% of NCO Group, Inc. stock.

May 9, 2011

.

                        Respectfully submitted,

                        /s/ Ross S. Enders
                        Ross S. Enders, Esquire
                        PA Bar No. 89840
                        SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC.
                        200 Route 31 North
                        Suite 203
                        Flemington, NJ 08822
                        Telephone: (908) 751-5941
                        Facsimile: (908) 751-5944
                        E-mail: renders@sessions-law.biz
                        Attorneys for Defendant,
                        NCO Financial Systems, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 9th day of May, 2011, I electronically filed a true and exact copy of the above and foregoing ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Craig T. Kimmel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA  19002
(215) 540-8888 Ext. 116
kimmel@creditlaw.com
Attorney for Plaintiff

/s/ Ross S. Enders
Ross S. Enders, Esq.
Attorney for Defendant
NCO Financial Systems, Inc.