IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD JAEGER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NCO FINANCIAL SYSTEMS, INC.** | : | **NO. 11-1612** |

### ORDER

**AND NOW**, this 10th day of May, 2011, it is **ORDERED** that a **PRETRIAL CONFERENCE** shall be held on **Tuesday, June 7, 2011**, at **1:00 p.m.**, in Room 9614, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**IT IS FURTHER ORDERED** as follows:

1. The parties shall make the required initial disclosures under Fed. R. Civ. P. 26(a) within 14 days of the date of this Order;

2. The parties shall commence discovery **immediately** because it is expected that the parties shall have conducted substantial discovery before the Rule 16 conference;

3. After consultation with counsel for all parties, counsel shall complete and file with the Clerk the required Report of the Rule 26(f) Meeting incorporating all the information described in Judge Savage's form Report on or before **June 2, 2011**.

4. Counsel shall follow Judge Savage's Policies and Procedures which can be found at www.paed.uscourts.gov.

        /s/Timothy J. Savage
        TIMOTHY J. SAVAGE, J.