IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
MAY 10 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Richard Jaeger         :
                       :
      v.               :     NO. 11-1612
                       :
NCO Financial Systems, Inc.
                       :

JUDGMENT

BEFORE Savage, J.

AND NOW, to wit, this 10th day of May, 2011, it is ORDERED that in accordance with NCO Financial Systems, Inc.'s offer of judgment and plaintiffs acceptance pursuant to F.R.C.P. 68. It is

ORDERED that judgment is entered in favor of plaintiff and against NCO Financial Systems, Inc. in the amount of $1,000.00 together with interest and costs.

BY THE COURT:

ATTEST:
_____
Mary Chase
Deputy Clerk

judg